# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Klindt, James R. | U.S. District Court-Middle FL | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-Full | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

300 N. Hogan Street
Suite 5-111
Jacksonville, FL 32202-4249

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings Account - Jacksonville Federal Credit Union | B | Interest | J | T | | | | | |
| 2. Florida College Prepaid Plan - Tuition; Dormitory; Admin fee | A | Interest | J | T | Redeemed (part) | 01/15/19 | J | A | |
| 3. American Mutual Funds American Balanced Fund - A | D | Dividend | M | T | | | | | |
| 4. American Mutual Funds Income Fund of America/College America | A | Dividend | J | T | | | | | |
| 5. American Mutual Funds New Perspective Fund/College America | A | Dividend | J | T | | | | | |
| 6. American Mutual Funds American High Income Trust/College | A | Dividend | J | T | | | | | |
| 7. American Mutual Funds Intermediate Bond Fund of America | A | Dividend | J | T | | | | | |
| 8. American Mutual Funds Capital World Growth and Income | A | Dividend | J | T | | | | | |
| 9. American General Life Insurance | A | Interest | K | T | | | | | |
| 10. John Hancock IRA | | | | | | | | | |
| 11. - Lifestyle Growth Portfolio | D | Dividend | L | T | Sold (part) | 02/18/19 | J | A | |
| 12. - Lifestyle Growth MVP | B | Dividend | K | T | Sold (part) | 02/18/19 | J | A | |
| 13. - T. Rowe Price Assoc. Capital Appreciation Value | E | Dividend | N | T | Sold (part) | 02/18/19 | J | A | |
| 14. Voya Financial | A | Interest | K | T | | | | | |
| 15. American Funds Tax-Advantaged Income Portfolio | A | Dividend | K | T | Sold (part) | 07/17/19 | J | A | |
| 16. Morgan Stanley Brokerage Account | | | | | | | | | |
| 17. - Cash - Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Mutual Fund - Loomis Sayles Core Plus BD | A | Dividend | K | T | | | | | |
| 19. - Mutual Fund - Lord Abbett Bond Deb C | A | Dividend | J | T | | | | | |
| 20. - Mutual Fund - Loomis Sayles GLB EQ & INC | A | Dividend | K | T | | | | | |
| 21. - JP Morgan Equity Income C (OINCX) | A | Dividend | K | T | | | | | |
| 22. - Unit A AM European Select 18- 2Q (AEUR2Q18) | A | Dividend | | | Sold | 07/03/19 | K | A | |
| 23. - Unit FT INC Div EQU ALLOC 18 (IDEA18) | A | Dividend | K | T | | | | | |
| 24. -Unit FT S&P Div AR TGT 25 2Q18 (AR2Q18) | A | Dividend | | | Sold | 06/10/19 | K | B | |
| 25. - Unit FT Dow Target 10 May 18 (TVMY18) | A | Dividend | | | Sold | 06/03/19 | L | C | |
| 26. - Unit AAM Europeaen Select 19-2Q (AEUR2Q19) | A | Dividend | K | T | Buy | 07/03/19 | K | | |
| 27. - Unit FT S&P Div AR Tot 25 2Q19 (AR2Q19) | A | Dividend | K | T | Buy | 06/10/19 | K | | |
| 28. - Unit First Trust Value Line Target Safety (V53Q19) | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 29. - Unit First Trust American Agenda 8 (AAGN8) | B | Dividend | K | T | Buy | 03/14/19 | K | | |
| 30. - Unit FT Dow Target 10May (TVMY19) | C | Dividend | L | T | Buy | 06/03/19 | L | | |
| 31. Sammons Retirement | | | | | | | | | |
| 32. - Alger Capital Appreciation Institutional | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 33. -American Century Inflation- Adjusted Bond | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 34. - BlackRock Equity Dividend | A | Dividend | | | Sold | 07/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - Columbia Contrarian Core R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 36.   - Columbia Dividend Opportunity R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 37.   - Columbia Income Builder R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 38.   - Eaton Vance Atlanta Capital SMID - Cap | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 39.   - Eaton Vance Balanced R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 40.   - Fidelity Advisor Leveraged Cost K M | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 41.   - Fidelity Advisor Strategic Income M | C | Dividend | | | Sold | 07/08/19 | J | A | |
| 42.   - Franklin Income R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 43.   - Franklin Mutual Shares R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 44.   - Franklin Rising Dividends R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 45.   - Ivy Balanced R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 46.   - Ivy International Core Equity R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 47.   - Lord Abett Short Duration Income R3 | A | Dividend | J | T | | | | | |
| 48.   - Oppenheimer Core Bond R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 49.   - Oppenheimer Senior Floating Rate R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 50.   - Royce Opportunity | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 51.   - T. Rowe Price Blue Chipgrowth R | A | Dividend | | | Sold | 07/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - T. Rowe Price Intl Value Equity R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 53.   - Templeton Global Bond R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 54.   - Templeton Global Total Return R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 55.   - Western Asset Core Plus Bond R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 56.   - Franklin Dyna Tech R | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 57.   - J Hancock Disciplined Value RI | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 58.   - Janus Henderson Balanced R | B | Dividend | | | Sold | 07/08/19 | J | A | |
| 59.   - Janus Henderson Triton R | A | Dividend | | | Sold | 07/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klindt, James R. | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Klindt, James R.** | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James R. Klindt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544